# CERTIFICATE OF CORPORATE RESOLUTION

I, the undersigned President of BLACKROCK INTERNATIONAL, INC., do hereby certify that the following is a true and correct excerpt from the minutes of said corporation, truly and correctly reflecting the resolutions unanimously adopted by the members of said corporation, at a meeting duly called for and held on January 7, 2022, to-wit:

**"RESOLUTIONS:**

**"IT IS HEREBY RESOLVED** that BLACKROCK INTERNATIONAL, INC., a corporation organized and existing under the laws of Louisiana, admits its inability to meet its debts as they mature and desires to file for relief under Chapter 11 of Title 11, United States Code.

**"IT IS FURTHER RESOLVED** that the law firm of THE KEATING FIRM (A Professional Law Corporation), be and they are hereby appointed as attorneys at law to represent this corporation in its best absolute discretion to take whatever necessary legal action, steps, and procedures they deem necessary, including the filing of the petition and all necessary pleadings, documents and financial information or schedules available and data necessary pursuant to placing this corporation in Chapter 11 of Title 11, United States Code, and that said attorneys are to be compensated for their services and expenses on the basis of their usual fee and expense schedules, subject to the approval of the Bankruptcy Court in which said Chapter 11 proceeding will be filed.

**"IT IS FURTHER RESOLVED** that HELEN JEAN WILLIAMS, President of this corporation, be and he is hereby authorized and directed to execute any and all documents, petitions, and necessary pleadings for and on behalf of the corporation, and to execute and supply the necessary financial information and sign and execute the necessary schedules and all data required pursuant to Chapter 11 of Title 11, United States Code."

DATED: 1/7/22                    ATTEST:

_____
Helen Jean Williams, President