UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

IN RE: BLACKROCK INTERNATIONAL, INC.     CASE NO. 22-50015

DEBTOR     CHAPTER 11

**OBJECTION TO CHAPTER 11 PLAN**

**COMES NOW**, through undersigned counsel, Servis One, Inc. dba BSI Financial Services, servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Owner Trustee of Residential Credit Opportunities Trust II ("Movant"), a secured creditor, who objects to the debtor's Chapter 11 Plan [Doc 37], filed on May 27, 2022, on the following grounds:

1.

Movant and Debtor have been in negotiations since the filing of the Chapter 11 Plan [Doc 37] regarding the treatment of Movant's secured claim, which is secured by the sole asset of the Debtor.

2.

Movant and Debtor have agreed upon the terms for the treatment of Movant's secured claim, which are set forth in Debtor's Amended Chapter 11 Plan [Doc 55] filed on September 1, 2022.

3.

Debtor also filed a Motion to Withdraw/Dismiss [Doc 54] the original Chapter 11 Plan [Doc 37] on September 1, 2022.

4.

As of the filing of this Objection, the Movant has not received notice of nor has the Court's docket indicated that the Motion to Withdraw/Dismiss [Doc 54] the original Chapter 11 Plan [Doc 37] has been allowed.

5.

Movant has received verbal confirmation from Debtor's counsel of the hearing date for the Amended Chapter 11 Plan [Doc 55] and assurances that confirmation of the original Chapter 11 Plan [Doc 37] will not be moving forward.

6.

Out of an abundance of caution to avoid missing the objection deadline, Movant submits this Objection to confirmation of the original Chapter 11 Plan filed on May 27, 2022 [Doc 37], as the terms do not accurately reflect the agreement of the Parties regarding the treatment of Movant's secured claim.

7.

Upon withdrawal of the Chapter 11 Plan filed on May 27, 2022 [Doc 37], and entry of the Amended Chapter 11 Plan [Doc 55] filed on September 1, 2002, this objection shall be moot.

**Respectfully Submitted:**
**Condon, Wood & Burkhart, L.L.C.**
By:

_____
Allison N. Beasley
Bar Roll No.: 31618
abeasley@cwbllc.com
457 Louisiana Avenue
Baton Rouge, LA 70802
Phone: (225) 372-8877
Fax: (225) 372-4333
Attorneys for Servis One, Inc. dba BSI Financial Services

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

IN RE: BLACKROCK INTERNATIONAL, INC.     CASE NO. 22-50015

DEBTOR     CHAPTER 11

### CERTIFICATE OF SERVICE

I, Allison N. Beasley, do hereby certify that on September 6, 2022, that I did cause this **Objection to Chapter 11 Plan** to be delivered to all interested parties of record described below by the following method:

*Placing a copy in the US mail, properly addressed & postage prepaid.*

**Blackrock International, Inc.**
**208 Gilbert Street**
**Opelousas, Louisiana 70570**

*Confirming that the Clerk of Court has transmitted, or by personally transmitting a copy of this pleading by attaching it in PDF format to electronic mail that was sent to the appropriate email address identified by the interested party.*

**David Patrick Keating,** Attorney for Debtor
rick@dmsfirm.com

**Office of U.S. Trustee**
USTPRegion05.SH.ECF@usdoj.gov

Baton Rouge, Louisiana, September 6, 2022.

_____
ALLISON N. BEASLEY #31618