Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: August 2022                                 Date report filed: 09/19/2022
                                                                     MM / DD / YYYY

Line of business: _____           NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Helen Jean Williams
Original signature of responsible party:  /s/ Helen Jean Williams
Printed name of responsible party:    _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Blackrock International, Inc.  Case number 22-50015

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 9,865.00

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 0

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 5,560.18

22. **Net cash flow**   + $ -5,560.18

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**   = $ 4,304.82

    Add line 22 + line 19. Report the result here.
    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.
    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0

    (Exhibit E)

Debtor Name **Blackrock International, Inc.**  Case number **22-50015**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ ____0____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? ____0____
27. What is the number of employees as of the date of this monthly report? ____0____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ ____0____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ ____0____
30. How much have you paid this month in other professional fees? $ ____0____
31. How much have you paid in total other professional fees since filing the case? $ ____0____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.



| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month: $ _____
36. Total projected cash disbursements for the next month: − $ _____
37. Total projected net cash flow for the next month: = $ _____

Debtor Name Blackrock International, Inc.   Case number 22-50015

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:
BLACKROCK INTERNATIONAL, INC.              CASE NO: 22-50015

    Debtor                                     Chapter 11
******************************************************************

EXHIBIT D
AUGUST 2022 OPERATING REPORT
DISBURSEMENTS

| Date | Method | Explanation | |
|---|---|---|---|
| 8/1/22 | Check 5990 | July Adequate Protection Payment | $2,751.18 |
| 8/16/22 | Cashier's check | August Adequate Protection Payment | $2,549.00 |
| 8/16/22 | Debit | Cashier's check fee | $10.00 |
| 8/17/22 | Check 2328 | Second Quarter Chapter 11 Trustee Fee | $250.00 |

TOTAL: $5,560.18



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

July 30, 2022 through August 31, 2022

Account Number: ██████190



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00092518 DRE 552 141 24422 NNNNNNNNNNNN T 1 000000000 64 0000
BLACKROCK INTERNATIONAL INC.
DEBTOR-IN-POSSESSION 20-50922
1522 PRYTANIA ST APT C
NEW ORLEANS LA 70130-4416

## Important changes: Chase Business Complete Checking℠

Starting with the October monthly statement period, we're updating the ways you can avoid the Monthly Service Fee, as follows:

If you meet any of the following qualifying activities for each Chase Business Complete Checking account in a monthly statement period, we will waive the $15 Monthly Service Fee:

- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements OR
- Fulfill at least one of the following qualifying activities:
    1. <u>Minimum Daily Ending Balance</u>: Maintain a minimum daily ending balance of at least $2,000 in the Chase Business Complete Checking account each business day during the monthly statement period[1]
    2. <u>Chase Payment Solutions℠ Activity</u>: Have at least $2,000 of aggregate eligible deposits[2] into the Chase Business Complete Checking account at least one day before the end of the monthly statement period[3] using one or more of the following:
        - Chase QuickAccept℠ including Chase Smart Terminal℠
        - InstaMed Patient Payments and InstaMed Patient Portal
        - Other eligible Chase Payment Solutions products[4]
    3. <u>Chase Ink® Business Card Activity</u>: Spend at least $2,000 on eligible purchases[5] in the most recent monthly Ink card billing cycle[6]

[1]The monthly statement period for Chase Business Complete Checking ends on the last business day of each month. For the purposes of the Minimum Daily Ending Balance requirement, the last day of the monthly statement period is excluded.
[2]Eligible deposits are net of chargebacks, refunds, or other adjustments.
[3]The cutoff time for eligible deposits from QuickAccept, InstaMed, and other eligible Chase Payment Solutions, is 11:59 p.m. Eastern Time one day prior to the last day of your Chase Business Complete Checking monthly statement period. For example, if your Chase Business Complete Checking monthly statement period ends on November 30, the cutoff time would be 11:59 p.m. Eastern Time on November 29.
[4]An eligible product has a transaction history that is viewable on Chase Business Online, Chase Connect ®, or J.P. Morgan Access ®.
[5]Eligible purchases must be made using Chase Ink Business Card(s) associated with the same business as your Chase Business Complete Checking account, as reflected in Chase records, and must earn Chase Ultimate Rewards ® points. Certain purchases and transactions are excluded from earning Chase Ultimate Rewards points, as described in your Rewards Program Agreement available on chase.com/ultimaterewards.
[6]The most recent monthly Ink billing cycle will be used if it's different from your Chase Business Complete Checking monthly statement period.



July 30, 2022 through August 31, 2022

Account Number: ▓▓▓▓▓▓▓▓190

## CHECKING SUMMARY — Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $9,865.00 |
| Checks Paid | 2 | -3,001.18 |
| Other Withdrawals | 1 | -2,549.00 |
| Fees | 2 | -10.00 |
| **Ending Balance** | **5** | **$4,304.82** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2328 ^ | | 08/17 | $250.00 |
| 5990 * ^ | | 08/01 | 2,751.18 |
| **Total Checks Paid** | | | **$3,001.18** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/16 | 08/16 Withdrawal | $2,549.00 |
| **Total Other Withdrawals** | | **$2,549.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/16 | Official Checks Charge | $8.00 |
| 08/16 | Counter Check | 2.00 |
| **Total Fees** | | **$10.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/01 | $7,113.82 |
| 08/16 | 4,554.82 |
| 08/17 | 4,304.82 |





**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC